**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-61345-CIV-SMITH**

DIANA AREVALO,

    Plaintiff,

v.

APPETITES, INC.,

    Defendant.

_____/

**NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT**

This matter is before the Court on Plaintiff's Notice of Settlement [DE 7]. It is

**ORDERED** that:

1) The parties shall file appropriate dismissal papers for the Court's consideration no later than **October 16, 2020**.

2) All pending motions not otherwise ruled on are **DENIED AS MOOT**.

3) This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 17th day of September 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE