UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-CV-61345-Smith/Valle

DIANA AREVALO, an individual,

    Plaintiff,

v.

APPETITES, INC., a Florida Corporation,

    Defendant.

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, DIANA AREVALO, and Defendant, APPETITES, INC., by and through their respective undersigned counsel and pursuant to Fed.R.Civ.P. 41, hereby stipulate that, based upon the settlement reached by the parties in the above-captioned action, all claims be dismissed with prejudice, with each party to bear their own attorneys' fees, expenses, and costs except as agreed upon by the parties.

Respectfully submitted this 24th day of September 2020.

| | |
|---|---|
| */s/ Keith M. Stern* | */s/ Alan D. Danz* |
| Keith M. Stern, Esquire | Alan D. Danz, Esquire |
| Florida Bar No. 321000 | Florida Bar No. 948934 |
| E-mail: employlaw@keithstern.com | E-mail: danz@danlaw.net |
| LAW OFFICE OF KEITH M. STERN, P.A. | DANZ LAW, PLLC |
| 80 S.W. 8th Street, Suite 2000 | 11011 Sheridan Street, Suite 314 |
| Miami, Florida 33130 | Cooper City, Florida 33026 |
| Telephone: (305) 901-1379 | Telephone: (954) 530-9245 |
| *Counsel for Defendant* | *Counsel for Defendant* |